IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN TELCOM COMMUNICATIONS, INC., )<br>)<br>Plaintiff,             )<br>)<br>  vs.                    )<br>)<br>TATA AMERICA INTERNATIONAL  )<br>CORPORATION, also known as  )<br>TATA AMERICAN INTERNATIONAL )<br>CORPORATION,               )<br>)<br>Defendants.          )<br>_____ ) | CIVIL NO. 10-00112 HG-LEK |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION (Doc. 17) TO GRANT PETITIONER'S APPLICATION TO COMPEL ARBITRATION

Findings and Recommendation having been filed and served on all parties on May 24, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 17) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 24, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge